UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADARRAMA SILVIANO,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center,<br><br>Respondents. | Case No.:  26-cv-2040-BJC-BJW<br><br>**ORDER GRANTING PETITION OF HABEAS CORPUS**<br><br>**[ECF No. 1]** |

On April 1, 2026, Guadarrama Silviano ("Petitioner"), appearing *pro se*, filed a petition for a writ of habeas corpus.  ECF No. 1.  On April 6, 2026, the Court set a briefing schedule and issued a limited stay.  ECF No. 4.  On April 8, 2026, Respondents filed a return to the petition stating that "Respondents respectfully request this Court order a bond hearing to be held pursuant to 8 U.S.C. § 1226(a), so that an Immigration Judge can determine Petitioner's potential flight risk and/or danger to the community."  ECF No. 7 at 2.

Accordingly, the Court **GRANTS IN PART** the petition for a writ of habeas corpus. Having shown good cause, Respondents shall hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on 8 U.S.C. § 1225.  Respondents are

further **ENJOINED** from transferring Petitioner prior to the bond hearing.  All other requests set forth in Petitioner's pray for relief are **DENIED**.  ECF No. 1 at18.  The Clerk of Court shall close this matter.

  **IT IS SO ORDERED**.

Dated:  April 17, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge